UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**CCT COMMUNICATIONS, INC.,**

Chapter 11

Case No. 07-10210 (SMB)

Debtor.
---------------------------------------------------------X

## JOINT STATEMENT REGARDING MOTION TO DISMISS

Robinson Brog Leinwand Greene Genovese & Gluck P.C. ("Robinson Brog"), former counsel to the Debtor, and Wiley Rein, LLP ("Wiley Rein"), former special litigation counsel and special telecommunications counsel to the Debtor, submit the following statement with respect to the Motion by Global Crossing Telecommunications, Inc., to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. Section 1112(b)(1):

1. Pursuant to an order entered on July 1, 2009, Robinson Brog and Wiley Rein's Final Fee Applications (the "Fee Applications") were granted on an interim basis. The order contained a provision that final determinations regarding the requests made in the Fee Applications are to be made after notice and a hearing.

2. Robinson Brog and Wiley Rein submit that there is no assurance that funds sufficient to satisfy the requests made in the Fee Applications are in existence or are being set aside by the Debtor. Without current financial information, Robinson Brog and Wiley Rein are unable to make an independent evaluation as to the Debtor's cash on hand. The most recent operating report filed by the Debtor is for the month of May 2009, which operating report reflects a substantial amount of cash on hand. If the Debtor's case is dismissed, Robinson Brog

and Wiley Rein respectfully request that the Court retain jurisdiction over the pending Fee Applications and schedule a hearing on the Fee Applications. See In Re Porges, 44 F.3d 159 (2d Cir. 1995), Gulf Insurance v. Glasbrenner, 343 B.R. 47 (S.D.N.Y. 2006). Alternatively Robinson Brog and Wiley Request request the dismissal order contain a provision (1) conditioning the dismissal upon a hearing and determination of the Fee Applications or (2) directing the Debtor to segregate sufficient funds and utilize those funds to satisfy the claims of the Debtor's administrative and unsecured creditors.

Dated: New York, New York
September 15, 2009

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300

By:/s/ A. Mitchell Greene
A. Mitchell Greene

WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000

By:/s/ Bennett L. Ross
Bennett L. Ross